JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>CALIFORNIA, et, al.,<br><br>               Defendants. | Case No. CV 24-03735-JGB (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that Plaintiff's federal claims (Claims One through Three) are DISMISSED WITH PREJUDICE; and Plaintiff's state law claims (Claims Four and Five) are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: December 26, 2024

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2